FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR - 7 2006

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR365 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MATTHEW J. LAYTON, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the letter request of the Warden, Federal Detention Center, Seattle, Washington (FDC-Seattle), for an extension in the evaluation period of Matthew J. Layton (Layton) pursuant to this court's order of February 3, 2006, which committed Layton to the custody of the Attorney General for a competency examination pursuant to 18 U.S.C. § 4241 (Filing No. 61). The Warden represents that Layton only arrived at FDC-Seattle on March 2, 2006, and the Warden requests until March 31, 2006, in order to complete the study period and submit the final report no later than April 14, 2006. The request is granted.

**IT IS SO ORDERED.**

DATED this 7th day of March, 2006.

BY THE COURT:

_____
THOMAS D. THALKEN
United States Magistrate Judge



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

*Office of the Warden*

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

March 6, 2006

Honorable Thomas D. Thalken
U.S. Magistrate Judge
Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 2271
Omaha, NE 68102-1322

RECEIVED

MAR - 6 2006

THOMAS D. THALKEN
U.S. MAGISTRATE JUDGE

RE:  Layton, Matthew J.
     Reg. No.: 20421-047
     Case No.: 8:05CR365

Dear Judge Thalken:

In accordance with a court order dated February 3, 2006, Mr. Layton has been committed to the Federal Detention Center, SeaTac, Washington, for a period of study to determine his mental competency.

In order for our staff to thoroughly evaluate Mr. Layton, we are requesting that the 30-day study commence with the arrival of the defendant on March 2, 2006. If you concur, the study period would therefore end on March 31, 2006, with the final report being submitted to you no later than April 14, 2006. If the Court has questions or comments regarding the evaluation please contact Cynthia Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

If we can be of further assistance to the Court, please do not hesitate to contact us.

Sincerely,

Robert J. Palmquist
Warden

cc:  Joe Stecher, AUSA
     Kellie Asaka, Defense Attorney

# FAX COVER SHEET

Federal Detention Center
2425 South 200th Street
Seatac, WA 98198

Psychology Department- Forensics Program
Cynthia Low, Ph.D. (206) 870-5795
Patricia Hyatt, Ph.D. (206) 870-1016
Fax # (206) 870-1097

To: Judge Thalken    402-661-7345

From: C. Low, Ph.D.

Subject: Extension Request

Comments: A hard copy will follow

Page 1 of 2