IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:05CR365 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MATTHEW J. LAYTON, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
APR 18 2006
OFFICE OF THE CLERK

This matter is before the court on the on the letter request of the Warden, Federal Detention Center, Seattle, Washington (FDC-Seattle), for an extension in the evaluation period of Matthew J. Layton (Layton) pursuant to this court's order of February 3, 2006, which committed Layton to the custody of the Attorney General for a competency examination pursuant to 18 U.S.C. § 4241 (Filing No. 61). The Warden noted that an extension request was granted extending the study period to end on March 31, 2006 with the final report being submitted no later than April 14, 2006 (Filing No. 79). The Warden requests that the study period be extended to April 14, 2006 with the final report being submitted no later than April 28, 2006. The request is granted.

**IT IS SO ORDERED.**

DATED this 18th day of April, 2006.

BY THE COURT:

THOMAS D. THALKEN
United States Magistrate Judge



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

*Office of the Warden*

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

March 28, 2006

Honorable Thomas D. Thalken
U.S. Magistrate Judge
Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 2271
Omaha, NE 68102-1322

RECEIVED
APR 17 2006
THOMAS D. THALKEN
U.S. MAGISTRATE JUDGE

RE: Layton, Matthew J.
    Reg. No.: 20421-047
    Case No.: 8:05CR365

Dear Judge Thalken:

In accordance with a court order dated February 3, 2006, Mr. Layton has been committed to the Federal Detention Center, SeaTac, Washington, for a period of study to determine his mental competency.

On March 7, 2006, you approved an extension request in which the study period would end on March 31, 2006, with the final report being submitted to you no later than April 14, 2006. At this time, we must request a 15 day extension because we are still awaiting the arrival of important mental health records. If you concur, the study period would end on April 14, 2006, with the final report being submitted to you no later than April 28, 2006. If the Court has questions or comments regarding the evaluation please contact Cynthia Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

If we can be of further assistance to the Court, please do not hesitate to contact us.

Sincerely,

Robert J. Palmquist
Warden

cc: Joe Stecher, AUSA
    Kellie Asaka, Defense Attorney